SHERMAN, Respondent, *v.* BARBER, Appellant.

(*Supreme Court, General Term, Third Department.*   March 15, 1892.)

Action by Caleb Sherman against Hattie E. Barber.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.   Appeal dismissed for nonservice of papers.

---

ZIMMER, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

(*Supreme Court, General Term, Third Department.*   March 15, 1892.)

Action by Alvah J. Zimmer against the New York Central & Hudson River Railroad Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.   Motion to amend order of previous general term granted. See 16 N. Y. Supp. 631.

---

*In re* ST. LAWRENCE & A. R. Co., Respondent.
*In re* DE CAMP, Appellant.

(*Supreme Court, General Term, Fourth Department.*   February 2, 1892.)

Appeal from special term, Onondaga county.
Application of the St. Lawrence & Adirondack Railroad Company, to acquire certain real estate of which Julia L. De Camp is the owner or person interested.
Argued before HARDING, P. J., and MARTIN and MERWIN, JJ.
*C. D. Adams,* for appellant.   *Charles E. Snyder,* for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

COLLIER, Respondent, *v.* RUTLEDGE, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 13, 1892.)

Action by Helen M. Collier against Harriet Rutledge.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Judgment appealed from affirmed, with costs.

---

ENGEL *v.* EUREKA CLUB.

(*Supreme Court, General Term, Fifth Department.*   April 13, 1892.)

Action by Daniel Engel, administrator of Frederica Engel, deceased, against the Eureka Club.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Plaintiff's motion for a new trial granted on the authority of the former decision of this court in this case, reported in 14 N. Y. Supp. 184.

---

JOCKLE, Respondent, *v.* BUFFALO, R. & P. RY. Co., Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 13, 1892.)

Action by Jacob Jockle against the Buffalo, Rochester & Pittsburg Railway Company.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Judgment and order appealed from reversed, and a new trial granted, with costs to abide the event, on the authority of *Berrigan* v. *Railway Co.,* (N. Y. App.) 30 N. E. Rep. 57.